HAL TAYLOR
DAVID F. CHERMOL
Esquire
  11450 Bustleton Avenue
  Philadelphia, Pennsylvania 19116
  Phone: 215-464-7200
  dave@ssihelp.us

Attorney for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Phone: 415-977-8954
  Fax: 415-744-0134
  april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GHAZAL M. KHADJAZADA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No: 2:16-cv-00234-RFB-PAL<br><br>**JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)** |

　　　　Plaintiff Ghazal M. Khadjazada (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to remand the above-captioned matter to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to issue a new decision.

-1-

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to update the medical record, assess Plaintiff's residual functional capacity (RFC), and determine whether Plaintiff can perform her past relevant work or other work that exists in significant numbers given Plaintiff's age, education, vocational factors, and RFC.

                                                    Respectfully submitted,

Date:   October 3, 2016            HAL TAYLOR

                                    By:    */s/\* David F. Chermol*
                                                  DAVID F. CHERMOL
                                                  Esquire
                                                  *by email authorization on 10/3/16

                                                  Attorneys for Plaintiff

Date:   October 3, 2016            DANIEL G. BOGDEN
                                                  United States Attorney
                                                  BLAINE T. WELSH
                                                  Chief, Civil Division

                                    By:    */s/ April A. Alongi*
                                                  APRIL A. ALONGI
                                                  Special Assistant United States Attorney

                                                  Attorneys for Defendant

                                  IT IS SO ORDERED.

DATE: 10/13/16

                                  THE HONORABLE RICHARD F. BOULWARE, II
                                  United States District Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused a copy of the Joint Stipulation For Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g), via CM/ECF notice, on:

      DAVID F. CHERMOL
      Esquire
           dave@ssihelp.us

Date:  October 3, 2016                    DANIEL G. BOGDEN
                                              United States Attorney
                                              BLAINE T. WELSH
                                              Chief, Civil Division

                                      By:    */s/ April A. Alongi*
                                                    APRIL A. ALONGI
                                                    Special Assistant United States Attorney

                                                      Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GHAZAL M. KHADJAZADA,<br><br>      Plaintiff<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No: 2:16-cv-00234-RFB-PAL<br><br>**[PROPOSED] JUDGMENT** |

Having ordered remand in accordance with the Joint Stipulation For Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

Judgment is entered accordingly.

DATE: _____

THE HONORABLE RICHARD F. BOULWARE, II
United States District Judge