# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ghazal M Khadjazada

        Plaintiff,

v.

Carolyn W. Colvin

        Defendant.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:16-cv-00234-RFB-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Counsel David Chermol is awarded attorney fees in the amount of $18,070.50. Counsel Chermol will refund the EAJA fees in the amount of $5,500.00 directly to the claimant.

| | |
|---|---|
| 10/1/2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |